UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENNIS A. VASQUEZ,<br>Plaintiff,<br>-against-<br>ANDERSON and CORRECTIONS OFFICER D. FRANCIS,<br>Defendants. | 25-CV-7635 (JGLC)<br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

The Clerk of Court is directed to update Plaintiff's address on the docket to:

Elmira Correctional Facility
1879 Davis Street
P.O. Box 500
Elmira, New York 14901-0500

Given Plaintiff's address change, the Court *sua sponte* extends his deadline to oppose Defendant's motion to dismiss to October 23, 2026. The Clerk of Court is further directed to mail this Order to Plaintiff at his new address.

Dated: October 5, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge